# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| RADIANT GLOBAL LOGISTICS INC., <br><br> Plaintiff, <br><br> v. <br><br> KENNETH IAN DRUMMOND, <br><br> Defendant. | CASE NO. C18-1063JLR <br><br> ORDER |

On December 2, 2019, the court altered the date of the pretrial conference from December 16, 2019, at 2:00 p.m., to December 23, 2019, at 9:00 a.m. (*See* 12/2/19 Dkt. Entry.) Despite the change in the date and time of the pretrial conference, all other case schedule deadlines, including the deadline for the agreed pretrial order, deposition designations, trial briefs, proposed voir dire, and jury instructions remain unchanged. (*See* Sched. Order (Dkt. # 17).) In addition, Defendant Kenneth Ian Drummond's response, if any, to Plaintiff Radiant Global Logistics Inc.'s motions in limine (*see* MIL

(Dkt. # 18)) remains due on Monday, December 9, 2019.  *See* Local Rules W.D. Wash. LCR 7(d)(4) ("Any opposition papers shall be filed and served no later than the Monday before the noting date.").

Dated this 6th day of December, 2019.

JAMES L. ROBART
United States District Judge